UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GABRIEL DELGADO ROJAS,<br><br>      Defendant. | Case No.: ED 14-363M<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: failure to report to the probation officer upon is release as instructed; failure to report to the probation officer again on June 20, 2014; refusal to enter a residential treatment program; prior revocations; apparent drug use and submission of non-human urine specimen on June 23, 2014.

1

```
 1  and/or
 2  B.    ( )   The defendant has not met his/her burden of establishing by clear and
 3              convincing evidence that he/she is not likely to pose a danger to the
 4              safety of any other person or the community if released under 18
 5              U.S.C. § 3142(b) or (c). This finding is based on the following:
 6              _____
 7              _____
 8              _____
 9              _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14                                              /s/ Kenly Kato
15  Dated: September 3, 2014                    _____
16                                              HONORABLE KENLY KIYA KATO
                                                United States Magistrate Judge
```